USDC SCAN INDEX SHEET










MAM    12/5/03    14:08

3:03-CV-01770    SYNBIOTICS CORP V. AGEN BIOMEDICAL LTD

*26*

*O.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Synbiotics Corporation, | CASE NO. 03-CV-1770-B (AJB) |
| --- | --- |
| Plaintiff, | ORDER:<br>(1) DENYING TRO;<br>(2) RESCHEDULING PRELIMINARY INJUNCTION HEARING; AND<br>(3) SETTING BRIEFING SCHEDULE |
| vs. | |
| Agen Biomedical Limited, | |
| Defendant. | |

On December 2, 2003, Plaintiff's Application for Temporary Restraining Order ("TRO") came on for regular hearing. Doug Olson, Esq., John Peterson, Esq., and James Connolly, Esq. appeared for Plaintiff. David Doyle, Esq., John Scott, Esq. and Jerry Dodson, Esq. appeared for Defendant.

Having read both parties' memorandum in support and opposition to Plaintiff's Application for TRO and having had a hearing, the Court hereby **DENIES** Plaintiff's Application for TRO.

The Preliminary Injunction Hearing Scheduled for December 16, 2003 at 2:00 p.m. is rescheduled for December 16, 2003 at 9:00 a.m. in Courtroom 2.

Both parties shall provide additional briefing as to "the probability of success on the merits" no later than 4:00 p.m. on Friday December 12, 2003.

IT IS SO ORDERED.

DATED: 12-3-03

UNITED STATES SENIOR DISTRICT JUDGE

cc: All Parties
    Magistrate Judge



-1-